UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF ALASKA

JIM C. SNYDER,
    Plaintiff,

                                  Case Number 3:05-cv-00277-RRB

v.

JO ANNE B. BARNHART,
    Defendant.                    **CORRECTED JUDGMENT**
                                        **IN A CIVIL CASE**

_\_\_\_  **JURY VERDICT.**  This action came before the court for a trial by jury.  The issues have been tried and the jury has rendered its verdict.

_XX_  **DECISION BY COURT.**  This action came to trial or hearing before the court.  The issues have been tried or heard and a decision has been rendered.

    IT IS ORDERED AND ADJUDGED:

    THAT this matter is hereby REMANDED for further administrative proceedings, pursuant to sentence four of 42 USC § 405 (g).  Attorney Fees in the amount of $2,425.00 were awarded by Minute Order at Docket 34.

Additional Attorney's Fees in the amount of $8,166.63 were awarded at docket 41, 3/10/2008.

APPROVED:

s/RALPH R. BEISTLINE
United States District Judge

Date: January 5, 2007

*Note: Award of prejudgment interest, costs and attorney's fees are governed by D.Ak. LR 54.1, 54.3, and 58.1.*

                                    IDA ROMACK
                                    Ida Romack, Clerk of Court

[wp{wp}.bk2]{JMT2.WPT*Rev.3/03}